**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 30, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00140-CV

## IN RE HOUSTON AVIATION PARTNERS, LLC D/B/A MILLION AIR HOUSTON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-54209**

## MEMORANDUM OPINION

On March 12, 2021, relator Houston Aviation Partners, LLC d/b/a Million Air Houston filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to vacate his November 4, 2020 denying relator's plea to

the jurisdiction, grant the same, and dismiss real party in interest's claims against relator.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Spain.